UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JOSE TREVINO, SR. and TERESA TREVINO | § § § § | BANKRUPTCY CASE NO. 10-70594  CHAPTER 13 |
| DEBTORS | § § | |
| JOSE TREVINO AND TERESA TREVINO, | § § § § | |
| PLAINTIFFS, | § § § | |
| v. | § § | ADVERSARY NO. 13-07031 |
| 1)  HSBC MORTGAGE SERVICES, INC., | § § § § | |
| 2)  U.S. BANK TRUST, N.A. as Trustee for LSF8 MASTER PARTICIPATION TRUST, and | § § § § § | |
| 3) CALIBER HOME LOANS, INC., | § § | |
| DEFENDANTS. | § § | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

COME NOW, Jose Trevino and Teresa Trevino, Plaintiffs in the above-referenced cause of action, and file this Notice of Supplemental Authority, and would respectfully show the Court:

1. Defendants in this case have moved to dismiss Plaintiffs' Second Amended Complaint on April 1, 2015. Docket Nos. 79 and 81.

2. Plaintiffs filed responses in opposition to Defendants' motions on April 21, 2015. Docket Nos. 86 and 87.

3. Subsequent to the filing of Plaintiffs' responses, the Fifth Circuit issued an opinion in *McCaig v. Wells Fargo Bank (Texas), N.A. See, McCaig v. Wells Fargo Bank (Texas), N.A.,*

2015 WL 3621863 (5th Cir. Jun. 10, 2015).  A copy of the opinion is attached hereto as <u>Exhibit A</u>.

        Respectfully submitted,

        ARMSTRONG KELLETT BARTHOLOW PLLC

        <u>/s/ *Karen L. Kellett*</u>
        Karen L. Kellett
        Texas Bar No. 11199520

        Theodore O. Bartholow, III
        Texas Bar No. 24062602
        11300 N. Central Expy., Ste. 301
        Dallas, Texas 75243
        Tel: (214) 696-9000
        Fax: (214) 696-9001

        Ellen Stone
        Texas Bar No. 19305000
        The Stone Law Firm, P.C.
        4900 N. 10th Street, Suite A-2
        McAllen, TX 78504
        Tel: (956) 630-2822
        Fax: (956) 631-0742

        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on the parties listed below via electronic mail on June 12, 2015.

Melissa S. Hayward
Franklin Hayward LLP
10501 N. Central Expy., Suite 106
Dallas, TX 75231
*Attorneys for U.S. Bank Trust, N.A. as Trustee*
*For LSF8 Master Participation Trust and*
*Caliber Home Loans, Inc.*

Bob B. Bruner
Norton Rose Fulbright US LLP
1301 McKinney Street, #5100
Houston, TX  77010
*Attorneys for HSBC Mortgage Services, Inc.*

Glenn E. Glover
Bradley Arant Boult Cummings, LLP
1819 5th Ave. North
Birmingham, AL  35203
*Attorneys for HSBC Mortgage Services, Inc.*

                                                */s/ Karen L. Kellett*
                                                Karen L. Kellett