

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
06/19/2015

| | | |
|---|---|---|
| IN RE: § | | |
| JOSE SR. TREVINO, *et al* § | CASE NO: 10-70594 | |
| Debtor(s) § | | |
| § | CHAPTER 13 | |
| TERESA TREVINO, *et al* § | | |
| Plaintiff(s) § | | |
| VS. § | ADVERSARY NO. 13-07031 | |
| HSBC MORTGAGE SERVICES, INC., *et al* § | | |
| Defendant(s) § | | |

## ORDER

Pursuant to the Memorandum Opinion issued on this date, the following claims are dismissed:

- Count I: Abuse of process claims against HSBC.

- Count IV: Relief pursuant to Fed. R. Bankr. P. 3002.1(i).

- Count V: Claim objection to Proof of Claim No. 21.

- Count VIII: The claims against HSBC pursuant to 15 U.S.C. §§ 1692e(2) and 1692e(1).

- Count IX: The claim against Caliber pursuant to 15 U.S.C. § 1692e(12). All other claims contained in Count IX are allowed.

- Count X: All claims under the Texas Debt Collection Act.

- Count XI: Unreasonable debt collection claims against all Defendants.

- Count XVI: The request for sanctions under 11 U.S.C. § 105(a) against HSBC.

- Count XXI: All negligence claims against HSBC.

No other claims are dismissed.

SIGNED **June 19, 2015.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE