UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | BANKRUPTCY CASE NO. 10-70594 |
| JOSE TREVINO, SR. and TERESA TREVINO | § § § | CHAPTER 13 |
| DEBTORS | § § | |
| JOSE TREVINO AND TERESA TREVINO, | § § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | ADVERSARY NO. 13-07031 |
| 1) HSBC MORTGAGE SERVICES, INC., | § § § § | |
| 2) U.S. BANK TRUST, N.A. as Trustee for LSF8 MASTER PARTICIPATION TRUST, and | § § § § § | |
| 3) CALIBER HOME LOANS, INC., | § § § | |
| DEFENDANTS. | § | |

**ORDER**

The Court has considered the unopposed motion of Jose and Teresa Trevino, Plaintiffs, to set a status and scheduling conference in this case. The Court finds that the Motion has merit. Therefore, it is

ORDERED that the Court will hold a status and scheduling conference in this Adversary Proceeding on _____, _____, 2014 at ___ _.m., in _____, Texas.

Date: _____    _____
                                            UNITED STATES BANKRUPTCY JUDGE