IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-70594 |
| | § | |
| JOSE TREVINO, SR. and | § | Chapter 13 |
| TERESA TREVINO, | § | |
| | § | |
| DEBTORS. | § | |
| | § | |
| | § | |
| JOSE TREVINO and | § | |
| TERESA TREVINO, | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | ADVERSARY NO. 13-07031 |
| | § | |
| 1) HSBC MORTGAGE SERVICES, INC. | § | |
| | § | |
| 2) U.S. BANK TRUST, N.A. as Trustee | § | |
|    for LSF8 MASTER PARTICIPATION | § | |
|    TRUST, and | § | |
| | § | |
| 3) CALIBER HOME LOANS, INC., | § | |
| | § | |
| DEFENDANTS | § | |

PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE
AS TO DEFENDANT HSBC MORTGAGE SERVICES, INC.

COME NOW, Jose Trevino Sr. and Teresa Trevino, Plaintiffs, and respectfully plead that

Plaintiffs and Defendant HSBC Mortgage Services, Inc. ("HSBC") have settled all their disputes

and claims in this adversary proceeding.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that this Court

enter the attached Order Dismissing Defendant HSBC Mortgage Services, Inc. with Prejudice on

the terms set forth therein, dismissing all of Plaintiffs' claims against Defendant HSBC only in

this action with prejudice to refiling, with each party to bear its own attorneys' fees and costs

consistent with the terms of the parties' Settlement Agreement, and with the Court retaining

jurisdiction to enforce the Settlement Agreement and order dismissing Defendant HSBC, and grant the Plaintiffs such other relief, in equity or at law, to which they may show themselves justly entitled.

Dated: June 29, 2016

Respectfully submitted,

**KELLETT BARTHOLOW PLLC**

By: */s/ _Karen L. Kellett_____*
Karen L. Kellett
State Bar No. 11199520
Southern District Bar No. 26490
Theodore O. Bartholow, III ("Thad")
State Bar No. 24062602
Southern District Bar No. 1571898
Caitlyn N. Wells
State Bar No. 24070635
Southern District Bar No. 2043070
11300 N. Central Expressway
Suite 301
Dallas, TX 75243
(214) 696-9000 - Telephone
(214) 696-9001 - Telecopy

**STONE CURTIS LLC**

Ellen C. Stone
State Bar No. 19305000
Southern District Bar No. 7081
45414 N. 10th Street
McAllen, Texas 78504
(956) 630-2822 - Telephone
(956) 631-0742 - Telecopy

**Attorneys for Jose and Teresa Trevino**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on the parties listed below via electronic mail on June 29, 2016.

*/s/ Megan F. Clontz*
Megan F. Clontz

Melissa S. Hayward
Franklin Hayward LLP
10501 N. Central Expy., Suite 106
Dallas, TX  75231
(971) 755-7104
mhayward@franklinhayward.com

*Attorneys for U.S. Bank Trust, N.A. as Trustee*
*For LSF8 Master Participation Trust and*
*Caliber Home Loans, Inc.*

Bob B. Bruner
Norton Rose Fulbright US LLP
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
bob.bruner@nortonrosefulbright.com

*Attorneys for HSBC Mortgage Services Inc.*

Glenn E. Glover
Alabama State Bar No. AFB–G53G–2983
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue
Birmingham, AL 352003–2119
gglover@babc.com

*Attorneys for HSBC Mortgage Services Inc.*