UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | BANKRUPTCY CASE NO. 10-70594 |
| JOSE TREVINO, SR. and | § | |
| TERESA TREVINO | § | CHAPTER 13 |
| | § | |
| DEBTORS | § | |
| | § | |
| JOSE TREVINO AND | § | |
| TERESA TREVINO, | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | ADVERSARY NO. 13-07031 |
| | § | |
| 1)  HSBC MORTGAGE SERVICES, INC., | § | |
| | § | |
| 2)  U.S. BANK TRUST, N.A. as Trustee for LSF8 MASTER PARTICIPATION TRUST, and | § | |
| | § | |
| 3)  CALIBER HOME LOANS, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## MOTION TO WITHDRAW
## MEGAN F. CLONTZ AS ATTORNEY FOR PLAINTIFFS

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Jose Trevino and Teresa Trevino, Plaintiffs, and file this Motion to Withdraw Megan F. Clontz as Attorney for Plaintiffs, and would show in support the following:

1. On June 15, 2018, Megan F. Clontz left the firm of Kellett & Bartholow PLLC.

2. Kellett & Bartholow PLLC and its attorneys will continue to represent the Plaintiffs in this matter. Karen L. Kellett will remain as lead counsel for the Plaintiffs.

3. For this reason, the Plaintiffs request an Order be entered terminating Megan F.

Clontz as counsel of record for the Plaintiffs.

WHEREFORE, Jose Trevino and Teresa Trevino, Plaintiffs, pray that the Court enter the Order terminating Megan F. Clontz as counsel of record for Plaintiffs, and for all other relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

KELLETT & BARTHOLOW PLLC

*/s/ Caitlyn Wells*
Karen L. Kellett
Texas Bar No. 11199520
Southern District Bar No. 26490
Theodore O. Bartholow, III ("Thad")
Texas Bar No. 24062602
Southern District. Bar No. 1571898
Caitlyn Wells
Texas Bar No. 24070635
Southern District Bar No. 2043070
11300 N. Central Expressway, Suite 301
Dallas, TX    75243
Tel.: (214) 696-9000
Fax: (214) 696-9001
caitlyn@kblawtx.com

STONE CURTIS PLLC

Ellen C. Stone
State Bar No. 19305000
Southern District Bar No. 7081
Catherine S. Curtis
State Bar No. 24074100
Southern District Bar No. 1129434
6316 N. 10th Street, Bldg. A, Suite 102
McAllen, TX 78504
Tel.: (956) 467-1900
Fax: (956) 331-2815

ATTORNEYS FOR PLAINTIFFS
JOSE AND TERESA TREVINO

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Melissa Hayward, counsel for Defendants, via email on June 19, 2018 regarding the relief requested herein. Ms. Hayward indicated that Defendants are unopposed to the relief requested.

/s/ *Caitlyn N. Wells*
Caitlyn N. Wells

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, a true and correct copy of the foregoing was served the parties listed below via electronic mail and/or ECF notification.

/s/ *Caitlyn Wells*
Caitlyn Wells

Melissa S. Hayward
Hayward & Associates PLLC
10501 N. Central Expy., Suite 106
Dallas, TX   75231
MHayward@Haywardfirm.com

*Attorneys for U.S. Bank Trust, N.A. as Trustee*
*For LSF8 Master Participation Trust and*
*Caliber Home Loans, Inc.*