## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE JOSE SR. TREVINO, ET AL. § | | CASE NO. 10-70594 |
| § | | |
| **Debtors**, § | | CHAPTER 13 |
| _____ § | | |
| TERESA TREVINO, ET AL, § | | |
| § | | CASE NO. 13-07031 |
| **Plaintiffs**, § | | |
| § | | |
| v. § | | ADVERSARY PROCEEDING |
| § | | |
| HSBC MORTGAGE SERVICES, INC. § | | |
| ET AL, § | | |
| § | | Judge Eduardo V. Rodriguez |
| **Defendants.** § | | |
| § | | |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

PLEASE TAKE NOTICE that Defendants U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust ("USBT") and Caliber Home Loans, Inc. ("Caliber") (collectively, "Defendants"), by and through the undersigned counsel and pursuant to 28 U.S.C. § 158(a)(1) and Federal Rules of Bankruptcy Procedure 8001-8003, hereby appeal the *Judgment* [Dkt. No. 342] entered in the above-captioned adversary proceeding on January 31, 2020 (the "Judgment") and all adverse orders, rulings (evidentiary or otherwise), decrees, opinions, and judgments leading up to, merged into, or included within the Judgment. Attached to this notice is a copy of the Judgment.

The identity of the appellants and the other party to this appeal and the names, address, and phone numbers of their respective attorneys, as well as the subject of the appeal as required by Official Form 417A are as follows:

1. **APPELLANTS:**

    **U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust ("USBT")**
    Creditor and Adversary-Proceeding Defendant

    | | |
    |---|---|
    | Represented by: | Justin Opitz |
    | | JOpitz@mcguirewoods.com |
    | | Elizabeth J. Chandler |
    | | EChandler@mcguirewoods.com |
    | | **MCGUIREWOODS LLP** |
    | | 2000 McKinney Avenue, Suite 1400 |
    | | Dallas, Texas 75201 |
    | | (214) 932-6400 tel. |

    **Caliber Home Loans, Inc.**
    Creditor and Adversary-Proceeding Defendant

    | | |
    |---|---|
    | Represented by: | Justin Opitz |
    | | JOpitz@mcguirewoods.com |
    | | Elizabeth J. Chandler |
    | | EChandler@mcguirewoods.com |
    | | **MCGUIREWOODS LLP** |
    | | 2000 McKinney Avenue, Suite 1400 |
    | | Dallas, Texas 75201 |
    | | (214) 932-6400 tel. |

2. **OTHER PARTIES TO THE APPEAL (APPELLEES):**

    **Jose Sr. Trevino**
    Chapter 13 Debtor and Adversary-Proceeding Plaintiff

    | | |
    |---|---|
    | Represented by: | Karen L. Kellett |
    | | kkellett@kblawtx.com |
    | | Theodore O. Bartholow, III ("Thad") |
    | | Thad@kblawtx.com |
    | | Caitlyn Nicole Wells |
    | | caitlyn@kblawtx.com |
    | | **KELLETT & BARTHOLOW PLLC** |
    | | 11300 N. Central Expy., Ste. 301 |
    | | Dallas, Texas 75243 |
    | | (214) 696-9000 tel. |

Catherine Stone Curtis
ccurtis@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
P.O. Box 720788
McAllen, TX  78504-0788
(956) 467-1900 tel.

**Teresa Trevino**
Chapter 13 Debtor and Adversary-Proceeding Plaintiff

Represented by:    Karen L. Kellett
kkellett@kblawtx.com
Theodore O. Bartholow, III ("Thad")
Thad@kblawtx.com
Caitlyn Nicole Wells
caitlyn@kblawtx.com
**KELLETT & BARTHOLOW PLLC**
11300 N. Central Expy., Ste. 301
Dallas, Texas 75243
(214) 696-9000 tel.

Catherine Stone Curtis
ccurtis@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
P.O. Box 720788
McAllen, TX  78504-0788
(956) 467-1900 tel.

**3.    THE SUBJECT OF THIS APPEAL:**

The Judgment [Dkt. No. 342] entered in the above-captioned adversary proceeding on January 31, 2020 (the "Judgment") and all adverse orders, rulings (evidentiary or otherwise), decrees, opinions, and judgments leading up to, merged into, or included within the Judgment.

*Signature page follows.*

Dated: February 14, 2020  Respectfully submitted,

/s/ *Melissa S. Hayward*
Melissa S. Hayward
  State Bar No. 24044908
  MHayward@HaywardFirm.com
**HAYWARD & ASSOCIATES PLLC**
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
(972) 755-7100 tel.
(972) 755-7110 fax

**ATTORNEYS FOR U.S. BANK, N.A.
AND CALIBER HOME LOANS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a true and correct copy of the foregoing was served via ECF on the parties' attorneys of record.

/s/ *Melissa S. Hayward*
Melissa S. Hayward