United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSE TREVINO, SR. AND TERESA TREVINO,<br><br>DEBTORS. | CASE NO. 10-70594<br>CHAPTER 13 |
| JOSE TREVINO AND TERESA TREVINO,<br><br>PLAINTIFFS,<br><br>V.<br><br>HSBC MORTGAGE SERVICES, INC.; U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST; AND CALIBER HOME LOANS, INC.,<br><br>DEFENDANTS. | ADV. NO. 13-07031 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR REMOTE STATUS CONFERENCE**

CAME ON FOR CONSIDERATION, Plaintiffs' Unopposed Motion for Remote Status Conference (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore

ORDERED that a remote electronic status conference is hereby set for  11/16/ , 2021 at  1:30 p.m. to consider a hearing date and pre-trial deadlines for all remaining disputes as to the Application of Plaintiffs' Counsel for Allowance of Compensation and Reimbursement of Expenses filed at Docket No. 374.

Signed: October 22, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge