UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JOSE TREVINO, SR. and<br>TERESA TREVINO | § § § § | BANKRUPTCY CASE NO. 10-70594 |
| | § § | CHAPTER 13 |
| DEBTORS | § § | |
| JOSE TREVINO and<br>TERESA TREVINO, | § § § § | |
| PLAINTIFFS, | § § § | |
| v. | § § § | ADVERSARY NO. 13-07031 |
| 1) CALIBER HOME LOANS, INC. and<br>2) U.S. BANK TRUST, N.A. as Trustee<br>   for LSF8 MASTER<br>   PARTICIPATION TRUST | § § § § § § | |
| DEFENDANTS. | § § | |

**JOINT STIPULATION REGARDING USE OF EXPERT REPORTS IN LIEU OF LIVE TESTIMONY AT HEARING ON PLAINTIFFS' FEE APPLICATION**

Come now Jose and Teresa Trevino, Plaintiffs, and Caliber Home Loans, Inc. and U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, Defendants (collectively, the "Parties"), and stipulate as follows:

The Parties to the captioned adversary proceeding stipulate that the following rules shall govern the use of the expert reports of Michael Lynn and John Rao at the final hearing on the merits (the "Hearing") on the Application of Plaintiffs' Counsel for Allowance of Compensation and Reimbursement of Expenses filed at Docket No. 374 and any supplemental fee application (collectively, the "Fee Application"):

The Parties agree that the expert reports of John Rao and Michael Lynn shall be admitted in lieu of live testimony from the experts at the Hearing. The experts will not be available, via subpoena or otherwise, for cross-examination at the Hearing as to their respective reports.

The Parties agree that they will not attempt to introduce or seek admission of any other expert reports regarding Plaintiffs' attorneys' fees and expenses at the Hearing other than the expert reports of John Rao and Michael Lynn identified herein.

Respectfully submitted,

KELLETT & BARTHOLOW PLLC

By: /s/ Karen L. Kellett
Karen L. Kellett
Texas Bar No. 11199520
Southern District Bar No. 26490
Theodore O. Bartholow, III ("Thad")
Texas Bar No. 24062602
Southern District. Bar No. 1571898
Claude D. Smith
Texas Bar No. 24028778
Southern District Bar No. 435477
Caitlyn N. Wells
Texas Bar No. 24070635
Southern District Bar No. 2043070
11300 N. Central Expressway
Suite 301
Dallas, TX 75243
Tel.: (214) 696-9000
Fax: (214) 696-9001

PULMAN CAPPUCCIO & PULLEN LLP
Catherine S. Curtis
State Bar No. 24074100
Southern District Bar No. 1129434
P.O. Box 720788
McAllen, TX 78504
Tel.: (956) 467-1900
Fax: (956) 331-2815

*Counsel for Plaintiffs*

        HAYWARD & ASSOCIATES PLLC

        */s/ Melissa S. Hayward*
        Melissa S. Hayward
        State Bar No. 24044908
        MHayward@Haywardfirm.com
        10501 North Central Expy., Ste. 106
        Dallas, Texas 75231
        972-755-7000 (tel.)
        972-755-7010 (fax)

        *Counsel for Caliber*
        *Home Loans Inc. and U.S. Bank*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF electronic filing system on the persons listed below on November 23, 2021.

        */s/ Caitlyn N. Wells*
        Caitlyn N. Wells

Melissa Hayward
Zachery Z. Annable
Hayward & Associates PLLC
10501 N. Central Expy., Suite 106
Dallas, Texas 75231
*Attorneys for U.S. Bank Trust, as Trustee for*
*LSF8 Master Participation Trust and Caliber Home Loans, Inc.*