United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 10-70594 |
| JOSE SR. TREVINO | § | |
| and | § | CHAPTER 13 |
| TERESA TREVINO, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| TERESA TREVINO | § | |
| and | § | |
| JOSE SR. TREVINO, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 13-7031 |
| | § | |
| U.S. BANK TRUST, N.A. | § | |
| and | § | |
| CALIBER HOME LOANS, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**
**RE-SETTING PRE-TRIAL CONFERENCE**
**ECF #462**

1. The Pre-Trial Conference per ECF #462, currently scheduled for March 29, 2022, is hereby **re-scheduled for April 14, 2022 at 9:00 a.m.,** (Central Standard Time), and shall be held before the United States Bankruptcy Court at 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, Texas 78501.

2. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **And** to (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez.

4. Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(b) regarding the exchange and submission of electronic exhibits.

5. No later than February 16, 2022, Plaintiff must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED February 11, 2022

Eduardo Rodriguez
United States Bankruptcy Judge